**01–389. Berthelot v. Whitmore.**

In Mandamus. On S.Ct.Prac.R. X(5) determination and consideration of relator's motion for leave to amend caption of complaint and respondents' motion to dismiss.

IT IS HEREBY ORDERED that the motion of relator be, and hereby is, granted.

IT IS FURTHER ORDERED that upon consideration of relator's amended complaint, the motion of respondents be granted, and that the cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–409. State ex rel. Anderson v. Fuerst.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–414. REPCO Electronics, Inc. v. Fuerst.**

In Mandamus. On motion to dismiss by Leonard Applebaum and Radio Parts Company and motion to dismiss by Judge Norman A. Fuerst. Motions to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–418. State ex rel. Harris v. State.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–452. State ex rel. Sillett v. Court of Common Pleas.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–520. State ex rel. Feher v. Bruzzese.**

In Mandamus. On motion to show cause, motion for writ of certiorari auxiliary to writ of mandamus, and motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–543. State ex rel. Corn v. Spicer.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–544. Feher v. Abdalla.**

In Habeas Corpus. On petition for writ of habeas corpus by John Joseph Feher. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–563. Mobley v. Foley.**

In Habeas Corpus. On petition for writ of habeas corpus by Darryl E. Mobley. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–577. State ex rel. Kirin v. Mengel.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–585. Wright v. Court of Appeals Twelfth Dist.**

In Habeas Corpus. On petition for writ of habeas corpus by John L. Wright. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–612. State ex rel. Conley v. Wolfe.**

In Habeas Corpus. On petition for writ of habeas corpus by Charles Lamont Conley. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.